**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Ray Funk,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Centurion Medical, et al.,<br><br>　　　　　Defendants. | No. CV-19-00426-TUC-DCB<br><br>**ORDER** |

　　　　Plaintiff, confined in the Pima County Adult Detention Center (PCADC), brought this action on August 26, 2019, and filed an Amended Complaint on September 27, 2019. The Amended Complaint was screened, Plaintiff was granted *in forma pauperis* status, and the Court ordered the United States Marshals Service to serve the Amended Complaint on the Defendants. On June 16, 2020, the Plaintiff filed a Motion for an Order by this Court directing that he be excepted from electronic filing and that the Court order PCADC to assist him with copies and certificates which are required under Fed. R. Civ. P., Rule 5.

　　　　Rule 5 provides for general service of papers other than the Pleadings, including the original complaint. Rule 5(b)(2)(E) provides for the Plaintiff to serve any registered user of the Court's electronic filing system (CM/ECF), which include all the Defendants who are represented by counsel, by sending his documents to the Clerk of the Court for filing in CM/ECF. Accordingly, even though the Plaintiff does not have access to electronically file his documents in CM/ECF, the documents are being filed by the Clerk of Court "with the court's electronic-filing system" and no certificate of service is required. Rule

5(d)(1)(B).

**Accordingly,**

**IT IS ORDERED** that the Plaintiff's Motion (Doc. 21) is DENIED AS MOOT because he is not electronically filing in the case, but his documents are being filed with the electronic-filing system and there is no need for PCADC to assist him with copies and certificates of service.

Dated this 29th day of June, 2020.

_____
Honorable David C. Bury
United States District Judge