**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Ray Funk, | No. CV-19-00426-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion Medical, et al., | |
| Defendants. | |

Upon motion and good cause appearing, the Court finds as follows:

1. Mark Napier was named as a defendant in this action in his official capacity as the Sheriff of Pima County.

2. Mark Napier ceased to hold such office effective January 1, 2021.

3. Christopher Nanos has been duly elected to the office of Sheriff, is Mark Napier's successor to that office, and currently holds that office.

4. Based upon these findings, the Court finds that Christopher Nanos has succeeded Mark Napier as Pima County Sheriff and is the proper party to be named as a defendant in this action.

**Accordingly,**

**IT IS ORDERED** that the Motion for Substitution (Doc. 38) is GRANTED, substituting Christopher Nanos as the Pima County Sheriff defendant in place of Mark Napier.

1      **IT IS FURTHER ORDERED** that the Clerk of Court shall change the caption to

2  reflect the name of the new real party in interest and that the parties shall reflect the

3  change in the caption on all future pleadings.

4      Dated this 3rd day of February, 2021.

Honorable David C. Bury
United States District Judge